**DISMISS and Opinion Filed December 12, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01366-CV

**WASH TECHNOLOGIES OF AMERICA CORPORATION
AND JON K. BANGASH, Appellants**
**V.**
**JOHN C. PAPPAS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16090**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Evans

Before the Court is appellants' December 2, 2013 motion to dismiss the appeal.

Appellants have informed the Court that they no longer wish to pursue this appeal. Accordingly,

we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
131366F.P05                                                  JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WASH TECHNOLOGIES OF AMERICA
CORPORATION AND JON K.
BANGASH, Appellants

No. 05-13-01366-CV        V.

JOHN C. PAPPAS, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-16090.
Opinion delivered by Justice Evans.
Justices Moseley and Bridges, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, JOHN C. PAPPAS, recover his costs of this appeal from appellants, WASH TECHNOLOGIES OF AMERICA CORPORATION AND JON K. BANGASH.

Judgment entered this 12th day of December, 2013.

/David Evans/
DAVID EVANS
JUSTICE